# EXHIBIT "3"

TRY THE AFR FREE FOR ONE MONTH

SUBSCRIBE NOW

— NEWS WEBSITE OF THE YEAR —

| Today's Paper |

| Markets Data |

| LOG IN |

| SUBSCRIBE |

Menu



Home / Markets

Jan 18 2018 at 6:14 PM
Updated Jan 18 2018 at 6:36 PM

| Save article |   My Saved Articles    Print    License article

# Viceroy's Australian links exposed after leaving digital trail



Viceroy's digital trail pointed to Australia, before its leader went public on Thursday  Tamara Voninski

## Latest Stories


**Trump tariffs a 'black day' for business: BHP**
LIVE


**Syria blocks medical supplies from reaching Ghouta**
17 mins ago


**ASX to rally as Wall St rebounds**
20 mins ago

More

by   Jonathan Shapiro   Vesna Poljak   Tony Boyd

A 24-year old from Melbourne who previously worked at Ferrier Hodgson has been revealed as one of three individuals behind secretive research firm Viceroy.

Viceroy's research has created waves in global equity markets, wiping billions of dollars of value from companies it has targeted for what it claims is corporate malfeasance.

SPONSORED CONTENT
**Businesses of Tomorrow**



How businesses are connecting to create a more innovative and stronger economy.

On Thursday, Viceroy's authors, two of whom are Australian residents, unmasked themselves to Bloomberg News, following a joint investigation by *The Australian Financial Review* and South African publication *Moneyweb*.



Advertisement

One of the authors, Gabriel Bernarde, 24, was exposed after his name appeared in the visible metadata on research reports uploaded by Viceroy online.

The firm has published detailed analysis on high profile collapses such as Steinhoff in South Africa. Viceroy has also taken on two of Australia's most favoured shorts - Quintis and Syrah Resources.

Mr Bernarde was until November 2017 employed as a junior research analyst at insolvency and auditing firm Ferrier Hodgson. He is also a director of a UK company called Ganadabi Ltd, along with fellow Balwyn High school graduate Aidan Lau and 44-year old British national Fraser John Perring who has outed himself as the individual behind Viceroy. He named Mr Bernarde and Mr Lau as the other members of Viceroy.

The report followed questioning from the *Financial Review*. Earlier this week, Mr Bernarde directed queries to Viceroy when asked to clarify his involvement.

"Yeah I can't help you with that. You'll have to reach out to Viceroy. Good Luck," he responded.

On at least three Viceroy reports, the 24-year old Mr Bernarde is shown within the metadata as the credited author, which conflicted with the anonymous firm's previous claim that Viceroy is the work of three individuals operating out of New York City.

Viceroy shot to prominence late in 2017 for its research on South African furniture retailer Steinhoff whose share price plunged over 90 per cent and revealed it would have to restate its financial accounts.

It created more panic in South African stock markets after it revealed on social media that it had another South African company in its sights.

Ferrier Hodgson, Mr Bernarde's former employer, has been appointed by Steinhoff Australia in its negotiations with its Australian lenders who are owed $300 million. Steinhoff is behind the Freedom and Fantastic Furniture brands.

Ferrier Hodgson confirmed it had no knowledge of Mr Bernarde's links to Viceroy. "Ferrier Hodgson has no relationship with Viceroy Research and was unaware that Mr Bernarde had any involvement with that firm," it replied in a statement.

"Any actions Mr Bernarde took were his own undertaking and not as part of his employment with Ferrier Hodgson. Ferrier Hodgson has received no benefit from Mr Bernarde's involvement with Viceroy."

Viceroy's report on Quintis, whose fortunes had already unwound after hedge fund Glaucus published a short thesis on the stock two months earlier, was one of the documents that carried Mr Bernarde's name in the metadata.

The Steinhoff saga is one of the biggest corporate failures in years and the business was the subject of scrutiny by several short sellers, including larger London-based funds as early as June last year.

Viceroy is one of several publishers of anonymous research, including several that operate out of Australia.

The anonymity of analysts that publish detailed negative reports has divided financial markets. While corporate executives and shareholders of companies that are subjects of the short reports have vented their fury and called for action, others believe that anonymity allows important information to be disclosed without the threat of being pursued or silenced by lawyers.

In May 2017, Syrah Resources chief executive Shaun Verner contacted regulators about short-sellers in a bid to clarify whether there were any accuracy or truth requirements on third parties that have commented on his company in the public arena.

Mr Verner told the *Financial Review* at the time that the exercise confirmed his suspicion that there were almost no limits on what third parties could say about listed companies.

One of Viceroy's previous targets in the US is pursuing a libel action against the group; MiMedx Group has sought to unmask Viceroy via legal proceedings.

## Related articles

**Volcker rule changes pending: Quarles**
37 mins ago

**The pros and cons of Latitude's IPO**

**Trump tariffs will boost BlueScope: analysts**

**ASX extends losing streak to four**

**Time to tilt portfolios towards emerging markets**

## Recommended

 **Trump tariffs to boost BlueScope's bottom line: analysts**

 **'Pure madness': Dark days inside the White House as Trump...**

 **How it Sold: Buyer plays 'silly buggers', gives vendor...**

 **James Packer to sell $100m stake as regulator investigates...**

 **Top London investor call for an end to 'ludicrous' bonus...**

## From Around the Web

 **Online grocery pioneer Aussie Farmers Direct collapses**

 **EY partner Don Manifold leaves the firm over code of...**

 **Retail Food Group shares fall 50pc to lowest since December...**

 **Donald Trump is wrong on trade by at least $25b**

 **Why HK 'looks increasingly vulnerable to financial stress'**

 powered by plista

How MONA plans to keep its edge and stop its losses

How to sell to 'The Pivotals' generation

I make ugly things look beautiful, says this designer

How Mossgreen spent other people's money before collapse

Mossgreen exposes flaw in art auctions

How CEOs use social media to win back customers

Fight Amazon but beware algorithms, says Deloitte VC

Getting data right will feed growth, says PwC

How neuroscience can make you a better leader

'The Australian white male needs to change'

**Special Reports**

The hotel taking Danish design to new heights

Newcomer carves out a space in crowded Paris art scene

The 5 best homes for sale around Australia

3 Australian rieslings you should be proud of

The JPMorgan exec who beats stress by cycling

Polarised community despite greater transparency

Taking a stand can boost CEOs in eyes of public

Social media has given communities a voice

Customer the key but other relationships also vital

Telling the whole story the trend for business

SUBSCRIBE     LOG IN

### Subscription Terms
Digital Subscription Terms
Newspaper Subscription Terms
Corporate Subscriptions

### Contact & Feedback
About us
Our Events
FAQ
Contact us
Letters to the Editor
Give feedback
Advertise
Site Map
Accessibility

### Markets Data
Markets Overview
World Equities
Commodities
Currencies
Derivatives
Interest Rates
Share Tables

### Brands
The Australian Financial Review Magazine
BOSS
AFR Lists
Chanticleer
Luxury
Rear Window
The Sophisticated Traveller

### Fairfax Network
The Sydney Morning Herald
The Age
Adzuna
Domain
Drive
RSVP
Essential Baby
Home Price Guide
Weatherzone
Oneflare
The Store

© Copyright 2018 Fairfax Media
Reprints & Permissions
Privacy Policy