IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FRASER JOHN PERRING; GABRIEL BERNARDE; AIDAN LAU; GANADABI LTD., and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 3:18-cv-327-J-32PDB |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT

Plaintiff MiMedx Group, Inc. and Defendant Fraser John Perring (hereinafter, "the Parties") jointly move this Honorable Court for an extension of time to file their Case Management Report ("CMR") **no later than Wednesday, August 22, 2018.** In support thereof, the Parties state as follows:

1. The above-captioned matter was filed in this Court on March 6, 2018. ECF No. 1. Summons for all Defendants, including Mr. Perring, was issued on the same day. *See* ECF No. 2.

2. On March 20, 2018, this matter was designated as Track Two case pursuant to Local Rule 3.05. ECF No. 3. The notice further required the Parties to "conduct a case management conference (either in person or by telephone) and file their [CMR] no later than 60 days after service or 40 days after the appearance of any defendant, whichever is sooner." *Id.* at 1.

1

3. Mr. Perring was served with a copy of the Complaint and summons on June 13, 2018. ECF No. 10. Thus, any CMR would have been due no later than Monday, August 13, 2018.

4. Counsels for the Parties conferred to attempt to schedule telephonic conferences for the weeks of July 30, 2018 and August 6, 2018, but due to summer travel schedules, were unable to complete the conference.

5. The Parties therefore request a short extension of the deadline in order to complete the process.

**WHEREFORE**, the Parties respectfully request this Court grant additional time to file the CMR **no later than Wednesday, August 22, 2018,** after having an opportunity to meaningfully confer and schedule joint deadlines for the course this litigation.

Respectfully submitted, this __13th__ day, August 2018.

/s/ Samuel J. Horovitz
**ROGERS TOWERS, P.A.**
Christopher C. Hazelip
Florida Bar No. 438049
Samuel J. Horovitz
Florida Bar No. 059015
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
(904) 398-3911 (telephone)
(904) 396-0663 (facsimile)
chazelip@rtlaw.com (email)
shorovitz@rtlaw.com (email)

**WARGO & FRENCH LLP**
Joseph D. Wargo
Florida Bar No. 934194
David M. Pernini, *pro hac vice*
Georgia Bar No. 572399
999 Peachtree St. NE, 26th Floor
Atlanta, GA 30309
(404) 853-1500 (telephone)
(404) 854-1501 (facsimile)
jwargo@wargofrench.com (email)
dpernini@wargofrench.com (email)

*Counsel for Plaintiff MiMedx Group, Inc.*

*/s/ Richard M. Elias*
**KOCH PARAFINCZUK WOLF SUSEN, P.A.**
Justin R. Parafinczuk
Florida Bar No. 039898
Marcus John Susen
Florida Bar No. 070789
110 E. Broward Blvd
Suite 1630
Fort Lauderdale, FL 33301
(954) 462-6700 (telephone)
(954) 462-6567 (facsimile)
parafinczuk@kpwlaw.com (email)
susen@kpwlaw.com (email)

**ELIAS GUTZLER SPICER LLC**
Richard M. Elias, *pro hac vice*
130 S. Bemiston
Suite 302
St. Louis, MO 63105
(314) 274-3311 (telephone)
relias@egslitigation.com (email)

*Counsel for Defendant Fraser John Perring*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing JOINT MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT REPORT using the CM/ECF system, which will automatically send e-mail notification to all counsel of record.

| | |
|---|---|
| Justin R. Parafinczuk<br>Marcus John Susen<br>Koch Parafinczuk Wolf Susen<br>110 E. Broward Blvd<br>Suite 1630<br>Fort Lauderdale, FL 33301<br>parafinczuk@kpwlaw.com<br>susen@kpwlaw.com | Richard M. Elias<br>Elias Gutzler Spicer LLC<br>130 S. Bemiston<br>Suite 302<br>St. Louis, MO 63105<br>relias@egslitigation.com |

Respectfully submitted, this __13th__ day, August 2018.

**ROGERS TOWERS, P.A.**

*/s/ Samuel J. Horovitz*
Samuel J. Horovitz
Florida Bar No. 059015