UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MIMEDX GROUP, INC.,

    Plaintiff,

v.                                                    Case No. 3:18-cv-327-J-32PDB

FRASER JOHN PERRING, GABRIEL
BERNARDE, AIDAN LAU, GANADABI
LTD, and DOES 1-100, inclusive,

    Defendants.

_____

**ORDER**

Upon review and in accordance with 28 U.S.C. §636(b) and Local Rule 6.01(b), Defendant Fraser Perring's Motion to Dismiss (Doc. 11) is hereby **REFERRED** to the Honorable Patricia D. Barksdale, United States Magistrate Judge, for a report and recommendation regarding an appropriate resolution of the motion.

**DONE AND ORDERED** in Jacksonville, Florida, this 18th day of October, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:

Honorable Patricia D. Barksdale
United States Magistrate Judge

Counsel of record