# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| MIMEDX GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRASER JOHN PERRING; GABRIEL BERNARDE; AIDAN LAU; GANADABI LTD., and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 3:18-cv-327-J-32PDB |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff MiMedx Group, Inc. ("MiMedx"), by and through undersigned counsel, and, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, voluntarily dismisses this action without prejudice.

Respectfully submitted, this __19th__ day, October 2018.

/s/ *Samuel J. Horovitz*
**ROGERS TOWERS, P.A.**
Christopher C. Hazelip
Florida Bar No. 438049
Samuel J. Horovitz
Florida Bar No. 059015
1301 Riverplace Blvd., Suite 1500
Jacksonville, Florida 32207
(904) 398-3911 (telephone)
(904) 396-0663 (facsimile)
chazelip@rtlaw.com (email)
shorovitz@rtlaw.com (email)

**WARGO & FRENCH LLP**
Joseph D. Wargo

1

Florida Bar No. 934194
David M. Pernini, *pro hac vice*
Georgia Bar No. 572399
999 Peachtree St. NE, 26th Floor
Atlanta, GA 30309
(404) 853-1500 (telephone)
(404) 854-1501 (facsimile)
jwargo@wargofrench.com (email)
dpernini@wargofrench.com (email)

*Counsel for Plaintiff MiMedx Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document has been filed electronically with the Court via CM/ECF with a copy automatically served via email on all counsel of record this 19th day of October, 2018. I further certify that I will serve a copy of this document on any party who has not yet appeared in this action no later than fourteen days after appearance of the party.

| | |
|---|---|
| Justin R. Parafinczuk<br>Marcus John Susen<br>Koch Parafinczuk Wolf Susen<br>110 E. Broward Blvd<br>Suite 1630<br>Fort Lauderdale, FL 33301<br>parafinczuk@kpwlaw.com<br>susen@kpwlaw.com | Richard M. Elias<br>Elias Gutzler Spicer LLC<br>130 S. Bemiston<br>Suite 302<br>St. Louis, MO 63105<br>relias@egslitigation.com |

**ROGERS TOWERS, P.A.**

*/s/ Samuel J. Horovitz*
Samuel J. Horovitz