**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

MIMEDX GROUP, INC.,

    Plaintiff,

v.                                          Case No.   3:18-cv-327-J-32PDB

FRASER JOHN PERRING, GABRIEL
BERNARDE, AIDAN LAU,
GANADABI LTD, and DOES 1-100,
inclusive,

    Defendants.

_____

**O R D E R**

Upon review of Notice of Voluntary Dismissal (Doc. 28), filed on October 19, 2018, this case is dismissed without prejudice. Unless the parties have otherwise agreed, each party shall bear its own attorneys' fees and costs. The Order referring this case for a Report and Recommendation (Doc. 27) is **VACATED**. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 22nd day of October, 2018.

                                                            TIMOTHY J. CORRIGAN
                                                             United States District Judge

sj
Copies:

Honorable Patricia Barksdale
United States Magistrate Judge

Counsel of record

2

sj
Copies:

Honorable Patricia Barksdale
United States Magistrate Judge

Counsel of record

Case 3:18-cv-00327-TJC-PDB   Document 29   Filed 10/22/18   Page 2 of 2 PageID 464